UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TOM FISHER,

    Plaintiff,

    v.        CIV. NO. S-02-1786 LKK/DAD

TEAM PLAYER'S, INC.;
JENNIFER PENDERGAST,
individually and doing
business as the CORNER
POCKET; ENGELBRECHT
COMMERCIAL ENTERPREISE,
LLC; and DOES 1-25, Inclusive,

    Defendants.
_____/

TOM FISHER,

    Plaintiff,

    v.        CIV. NO. S-06-2371 GEB/GGH

ENGELBRECHT COMMERCIAL        <u>RELATED CASE ORDER</u>
ENTERPRISES, LLC; KEN L.
RIDINO, individually and
dba DINO'S BILLIARDS,
GRILL, AND SPORTSBAR; and
DOES 1-25, Inclusive,

    Defendants.
_____/

1    The court has received the Notice of Related Cases filed
2 November 1, 2006.  Examination of the above-entitled actions
3 reveals that both actions are related within the meaning of Local
4 Rule 83-123(a), E.D. Cal. (1997).  The actions involve some of the
5 same parties, and are based on the same or similar claims, the same
6 property, transaction or event, similar questions of fact and the
7 same question of law.
8    Accordingly, the assignment of the matters to the same judge
9 and magistrate judge is likely to effect a substantial savings of
10 judicial effort and is also likely to be convenient for the
11 parties.
12    The parties should be aware that relating the cases under
13 Local Rule 83-123 merely has the result that the two (2) actions
14 are assigned to the same judge and magistrate judge; no
15 consolidation of the actions is effected.  Under the regular
16 practice of this court, related cases are generally assigned to the
17 judge and magistrate judge to whom the first filed action was
18 assigned.
19    IT IS THEREFORE ORDERED that the action denominated CIV. NO.
20 S-06-2371 GEB/GGH be, and the same hereby is, reassigned to Judge
21 Lawrence K. Karlton and Magistrate Judge Dale A. Drozd for all
22 further proceedings, and any dates currently set in this reassigned
23 case <u>only</u> are hereby VACATED.
24    The parties are referred to the attached Order Setting Status
25 (Pretrial Scheduling) Conference.  Henceforth, the caption on
26 documents filed in this reassigned case shall be shown as CIV. NO.

1  S-06-2371 LKK/DAD.
2      IT IS FURTHER ORDERED that the Clerk of the Court make
3  appropriate adjustment in the assignment of civil cases to
4  compensate for this reassignment.
5      DATED: November 6, 2006.

```
                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```